IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN ELIZABETH JONES, <br><br> Plaintiff, <br><br> v. <br><br> ARIA HEALTH, <br><br> Defendant. | CIVIL ACTION <br> NO. 13-1090 |

## ORDER

**AND NOW**, this 2nd day of January, 2014, upon consideration of Defendant's Motion to Dismiss (Docket #7), Plaintiff's response, and all supporting briefs, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **DENIED** with respect to **Count I**.

2. The Motion is **GRANTED** with respect to **Count II**, which is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within thirty days and should be guided by the accompanying memorandum opinion.

3. The Motion is **DENIED** with respect to **Count III**.

4. Defendant's request to strike pattern and practice allegations is **DENIED**.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        Jeffrey L. Schmehl, J.